FILED

**NOT FOR PUBLICATION**

MAR 17 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50279 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00623-PSG |
| v. | |
| STEFAN DENSER, a.k.a. Shane, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Submitted March 10, 2014[**]

Before:    PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

Stefan Denser appeals pro se from the district court's order denying his

Federal Rule of Criminal Procedure 36 motion to correct a clerical error in the

judgment.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Denser contends the district court erred by denying his Rule 36 motion to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

correct the judgment to reflect that he was convicted of "delivery" rather than "distribution" of cocaine base. We review for clear error the denial of a Rule 36 motion. *See United States v. Dickie*, 752 F.2d 1398, 1400 (9th Cir. 1985) (per curiam). Because the record reflects that Denser pleaded guilty to distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1), there was no clerical error in the judgment, and the district court properly denied the motion.

**AFFIRMED.**